# EXHIBIT 1



| AOC-E-105  Sum Code: CI | | NOT ORIGINAL DOCUMENT |
|---|---|---|
| Rev. 9-14 | | 03/04/2022 Case #: 22-CI-00073 |
| Commonwealth of Kentucky | | 83563 Court: **CIRCUIT** |
| Court of Justice  *Courts.ky.gov* | | County: **BARREN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **HAYES, SALLY VS. ZACKIYA DEVELOPMENT LLC ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

**421 WEST MAIN STREET**

**FRANKFORT, KY 40601**

Memo: Related party is MAC'S CONVENIENCE STORES, LLC

The Commonwealth of Kentucky to Defendant:
**MAC'S CONVENIENCE STORES, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Krissie Coe Fields*

Barren Circuit Clerk
Date: **2/14/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____

Served By

_____

Title

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

Summons ID: @00000173424
CIRCUIT: 22-CI-00073 Certified Mail
HAYES, SALLY VS. ZACKIYA DEVELOPMENT LLC ET AL

CI : 000001 of 000001



**eFiled**

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



NOT ORIGINAL DOCUMENT
03/04/2022  Case #: 22-CI-00073
83563      Court:    **CIRCUIT**
County:  **BARREN**

# CIVIL SUMMONS

*Plantiff,* **HAYES, SALLY VS. ZACKIYA DEVELOPMENT LLC ET AL**, *Defendant*

TO:   **MAFAZ ANSAR**
      **P O BOX 2492**
      **ELIZABETHTOWN, KY 42701**

Memo: Related party is ZACKIYA DEVELOPMENT LLC

The Commonwealth of Kentucky to Defendant:
**ZACKIYA DEVELOPMENT LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Krissie Coe Fields*

Barren Circuit Clerk
Date: **2/14/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

      To: _____

☐ Not Served because: _____

   Date: _____, 20 _____        _____
                                                        Served By

                                                  _____
                                                        Title



eFiled

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

CI : 000001 of 000001

Filed          22-CI-00073     02/14/2022     Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
03/04/2022 08:18:28 AM
83553

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.  22-CI-_____

SALLY HAYES
212 MILL ST
GLASGOW KY 42141                                              PLAINTIFF

VS.

ZACKIYA DEVELOPMENT LLC
D/B/A CIRCLE K
200 COLUMBIA AVENUE
GLASGOW KY 42141
     SERVE:   Mafaz Ansar
              P O Box 2492
              Elizabethtown Kentucky 42701

**-AND-**

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K
4808 W. JONATHON MOORE PIKE
P O BOX 347
COLUMBUS IN 47202
           SERVE:  Corporation Service Company
                 421 West Main Street
                 Frankfort Kentucky 40601                DEFENDANTS

## COMPLAINT

    Comes the Plaintiff, by and through counsel, and for her cause of action, states as

follows:

### I

    Plaintiff Sally Hayes is a resident of Barren County, Kentucky and resides at 212 Mill

Street, Glasgow, Kentucky 42141.

### II

    The Defendant Zackiya Development, LLC,  is believed to be a Kentucky Limited

Liability Company organized and existing under the laws of the Commonwealth of Kentucky

and/or doing business as Circle K. The Secretary of State has listed the registered agent for

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000001 of 000004

Filed          22-CI-00073     02/14/2022     Krissie Coe Fields, Barren Circuit Clerk

Filed                    22-CI-00073          02/14/2022          Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
03/04/2022 08:18:28 AM
83553

service of process of Zackiya Development, LLC as Mafaz Ansar, P O Box 2492, Elizabethtown, Kentucky 42701.

### III

Defendant Zackiya Development, LLC., d/b/a Circle K is believed to lease, own, manage, control and/or otherwise be responsible for the safety of persons on the premises whereupon Plaintiff herein was injured as hereinafter stated.

### IV

The Defendant Mac's Convenience Stores, LLC, is believed to be a Limited Liability Company organized and existing under the laws of the Commonwealth of Kentucky and/or doing business as Circle K. The Secretary of State has listed the registered agent for service of process as Corporation Services Company, 421 West Main Street, Frankfort, Kentucky 40601.

### V

Defendant Mac's Convenience Stores, LLC, d/b/a Circle K is believed to also lease, own, manage, control and/or otherwise be responsible for the safety of persons on the premises whereupon Plaintiff herein was injured as hereinafter stated.

### VI

That on or about February 19, 2021, Plaintiff was injured on the premises and property of Defendants located at 200 Columbia Avenue, Glasgow, Barren County, Kentucky which was owned and/or operated and/or managed and/or controlled by the Defendants. Plaintiff was injured as a result of Defendants failing to keep the sidewalk and/or parking lot free of obstruction and/or unsafe conditions. Defendants' negligence, imputed, vicarious or actual, sole or joint, was the direct and proximate cause of the accident and injuries which proximately resulted in the damages hereinafter mentioned. Further, Defendants owed Plaintiff a duty to

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000002 of 000004

Filed                    22-CI-00073          02/14/2022          Krissie Coe Fields, Barren Circuit Clerk

Filed                22-CI-00073        02/14/2022          Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
03/04/2022 08:18:28 AM
83553

prevent and/or warn of this defective and dangerous condition and/or correct same and Defendants breached each and all such duty or duties.

## VII

The carelessness and negligence of Defendants was one hundred percent (100%) the cause of the accident and resulting injuries to Plaintiff.

## VIII

As a proximate result of the negligence of Defendants, Plaintiff has been forced to expend more than $1,000.00 in medical treatment and will continue to incur same; has suffered pain and mental anguish and inconvenience since her injuries and will continue to suffer same in the future; has suffered a diminution in the quality of life and the enjoyment of same; has suffered replacement loss and has suffered permanent injury, all of which are in excess of the minimal amount necessary to establish the jurisdiction of this Court.

## IX

Defendants individually and/or jointly, and/or their insurers also have medical payments coverage available to Plaintiff and Plaintiff demands same as a third-party beneficiary of said contracts.

**WHEREFORE,** Plaintiff prays the court as follows:

1. For judgment against the Defendants in an amount which is in excess of the minimal amount necessary to establish the jurisdiction of this Court and sufficient to compensate her for all her losses complained of herein;

2. For a trial by jury;

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000003 of 000004

Filed                22-CI-00073        02/14/2022          Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
03/04/2022 08:18:28 AM
83553

3. For her attorney's fees and costs expended herein; and

4. For all other proper relief to which she may be entitled.

/s/ Ronald L. Hampton
RONALD L. HAMPTON
GILLENWATER & HAMPTON LAW FIRM
Third National Bank Bldg.
103 E. Main Street
Glasgow, KY 42141
(270) 651-8874

Hope/files/comp/s&f/sallyhayescomplaintagainstCircleK

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000004 of 000004

4

Filed          22-CI-00073          03/08/2022          Krissie Coe Fields, Barren Circuit Clerk

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00073

*ELECTRONICALLY FILED*

SALLY HAYES                                                      PLAINTIFF

v.

ZACKIYA DEVELOPMENT, LLC
D/B/A CIRCLE K

-AND-

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K                                                   DEFENDANTS

---

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

---

Defendant, Mac's Convenience Stores, LLC d/b/a Circle K, for its Answer to Plaintiff's Complaint, hereby states:

**FIRST DEFENSE**

Plaintiff's Complaint fails, in whole or in part, to state a claim upon which relief can be granted against Defendant.

**SECOND DEFENSE**

As to the numbered paragraphs in Plaintiff's Complaint:

1.      Defendant denies for want of knowledge the averments in Paragraph 1 of Plaintiff's Complaint.

1

Filed          22-CI-00073          03/08/2022          Krissie Coe Fields, Barren Circuit Clerk

97E7E14F-59DA-442E-8B37-4B14AF5371BF : 000001 of 000005

ANS : 000001 of 000005

2-3.    The averments in Paragraphs 2 and 3 of Plaintiff's Complaint are not directed at answering Defendant and should be taken as avoided or denied as a matter of form or Defendant denies as stated the averments in Paragraphs 2 and 3 of Plaintiff's Complaint.

4-5.    Defendant admits that it is a limited liability company and that it has listed a registered agent for service of process as Corporation Services Company, 421 West Main Street, Frankfort, Kentucky 40601, but denies as stated or avoids as a matter of form the legal statements or conclusions within the remaining averments in Paragraphs 4 and 5 of Plaintiff's Complaint.

6-9.    Defendant denies the averments in Paragraphs 6, 7, 8, and 9 of Plaintiff's Complaint.

## THIRD DEFENSE

Subject to what discovery may reveal, the damages alleged in Plaintiff's Complaint were caused, in whole or in part, by Plaintiff's contributory or comparative negligence by reason of her failure to use that degree of care which would have been used by an ordinary, reasonable, and prudent person under the same or similar circumstances.  Any damages to which Plaintiff may be found entitled are barred and should be reduced in proportion to the amount of fault attributable to Plaintiff.  The negligence of Plaintiff proximately caused, contributed to, and was a substantial factor in causing the damages, if any, alleged in Plaintiff's Complaint.

## FOURTH DEFENSE

Defendant's conduct was not the proximate cause or substantial factor in causing any damage alleged by Plaintiff.

### FIFTH DEFENSE

Plaintiff has failed to plead special damages, if any, with specificity as required by Rule 9.06 of the Kentucky Rules of Civil Procedure and any claims for special damages are therefore barred.

### SIXTH DEFENSE

Defendant reserves all defenses related to insufficiency of process or service of process.

### SEVENTH DEFENSE

To the extent there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or damages alleged in Plaintiff's Complaint or who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with K.R.S. 411.188, and the claims are therefore barred.

### EIGHTH DEFENSE

The damages alleged in the Complaint were caused by the acts, omissions, or act of primary negligence or intentional conduct or intervening or superseding negligence or intentional conduct of persons or entities other than Defendant for which Defendant has no responsibility, and such negligence or conduct precludes any liability against Defendant.

### NINTH DEFENSE

Pending discovery, Plaintiff's alleged damages, if any, were pre-existing or the failure of the result to mitigate.

### TENTH DEFENSE

Any condition on the subject premises which allegedly caused or contributed to the Plaintiff's accident was open and obvious which bars the claims asserted herein, either in whole or in part.

Filed          22-CI-00073      03/08/2022      Krissie Coe Fields, Barren Circuit Clerk

## ELEVENTH DEFENSE

The premises were reasonably maintained, which bars Plaintiff's claims asserted herein, either in whole or in part.

## TWELFTH DEFENSE

Pending discovery, Defendant affirmatively pleads all other defenses and affirmative defenses available to them under the common law, civil rules, regulations and statutes of Kentucky and the United States of America.  Defendant reserves the right to file further pleadings and assert other defenses in this action as proof develops including, but not limited to, cross-claims, counter-claims or third-party claims.

**WHEREFORE**, the Defendant respectfully demands:

1.      Dismissal of Plaintiff's Complaint against them, in its entirety, with prejudice;

2.      Recovery of their costs and attorneys' fees incurred in the defense of this action, if applicable;

3.      A trial by jury on all issues so triable; and

4.      Any and all other relief to which they may appear entitled.


Respectfully submitted,

*/s/ Pete Pullen*
A.  Pete Pullen
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
Phone – (502) 585-4700
pullenp@obtlaw.com
**Counsel for Defendant**

Filed          22-CI-00073      03/08/2022      Krissie Coe Fields, Barren Circuit Clerk

Filed          22-CI-00073          03/08/2022          Krissie Coe Fields, Barren Circuit Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Barren Circuit Court using the ECF system and that a true and correct copy of the foregoing document was served upon the following parties or counsel via the ECF system as well as by email and/or U.S. Mail on this **8th day of March, 2022** upon:

Ronald L. Hampton
GILLENWATER & HAMPTON LAW FIRM
Third National Bank Building
103 East Main Street
Glasgow, KY 42141
ghlf@scrtc.com
**Counsel for Plaintiff**

*/s/ Pete Pullen*
A. Pete Pullen
**Counsel for Defendant**

5

Filed          22-CI-00073          03/08/2022          Krissie Coe Fields, Barren Circuit Clerk

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00073

***ELECTRONICALLY FILED***

SALLY HAYES                                                                         PLAINTIFF

v.

ZACKIYA DEVELOPMENT, LLC
D/B/A CIRCLE K

-AND-

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K                                                                   DEFENDANTS

---

## NOTICE OF SERVICE

---

Please take notice that Defendant, Mac's Convenience Stores, LLC d/b/a Circle K, by and through undersigned counsel, has served *Defendant's Interrogatories and Requests for Production of Documents to Plaintiff* and *Defendant's Request for Admission to Plaintiff*, on this 8th day of March, 2022.

Respectfully submitted,

*/s/ Pete Pullen*
A. Pete Pullen
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
Phone – (502) 585-4700
pullenp@obtlaw.com
**Counsel for Defendant**

1

15C84C3B-06EC-47ED-AB16-39EE282F85F3 : 000001 of 000002

SON      : 000001 of 000002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Barren Circuit Court using the ECF system and that a true and correct copy of the foregoing document was served upon the following parties or counsel via the ECF system as well as by email and/or U.S. Mail on this **8th day of March, 2022** upon:

Ronald L. Hampton
GILLENWATER & HAMPTON LAW FIRM
Third National Bank Building
103 East Main Street
Glasgow, KY 42141
ghlf@scrtc.com
**Counsel for Plaintiff**

_/s/ Pete Pullen_____
A. Pete Pullen
**Counsel for Defendant**

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00073

SALLY HAYES                                                              PLAINTIFF

v.

ZACKIYA DEVELOPMENT, LLC
D/B/A CIRCLE K

-AND-

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K                                                         DEFENDANTS

---

## DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

---

Defendant, Mac's Convenience Stores, LLC, d/b/a Circle K Stores, Inc. ("Circle K"), hereby propounds the following Interrogatories and Requests for Production of Documents to the Plaintiff to be answered in writing and under oath within thirty (30) days from the date of service hereof.  These Interrogatories and Requests are to be considered continuing.

### INTERROGATORIES

**INTERROGATORY NO. 1:**        Please provide your full name, address, Social Security number and date of birth.

**ANSWER:**


**INTERROGATORY NO. 2:**        State all facts upon which you rely to support the allegations in your Complaint that personal injuries you allegedly suffered at Circle K on or about February 19, 2021 were caused by the negligent acts and omissions of Circle K.

1

**ANSWER:**

**INTERROGATORY NO. 3:**     Please state in specific detail the manner in which Plaintiff claims that the alleged negligence of Circle K was a factor in causing damage to Plaintiff.

**ANSWER:**

**INTERROGATORY NO. 4:**     Please give the name, address, telephone number and place of employment of any persons who have any knowledge regarding the facts or opinions given in answer to Interrogatory Nos. 2 and 3 above and identify all documents that evidence said facts.

**ANSWER:**

**INTERROGATORY NO. 5:**     Give the name, address, telephone number and place of employment of each person who witnessed your alleged accident.

**ANSWER:**

**INTERROGATORY NO. 6:**     Please state the name, address, telephone number and place of employment of all persons known to you or reasonably thought by you, your attorney, agents or other representatives to have knowledge of facts material or relevant to the issues pertaining to liability or damages in this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 7:**          Please give the name, address, telephone number and place of employment of each person you will call to testify at the trial of this matter.

**ANSWER:**


**INTERROGATORY NO. 8:**          Give the name, address and telephone number of each expert witness, including medical experts, with whom you have conferred or intend to use at trial, and with regard to each expert who is expected to be called to testify at the trial of this matter, please state:

(a)     The subject matter on which the expert is expected to testify;

(b)     The substance of the facts and opinions as to which the expert witness is expected to testify;

(c)     Give a summary of the grounds for each such opinion; and

(d)     Please attach to your answers to interrogatories a copy of each expert's curriculum vitae.

**ANSWER:**


**INTERROGATORY NO. 9:**          Give a detailed account of your movements and activities on the day of the alleged accident, including prior to the alleged accident and thereafter.

**ANSWER:**


**INTERROGATORY NO. 10:**          Relate the substance of any statement or utterance made to you or in your presence concerning the occurrence of the accident and identify fully the person making the statement.

**ANSWER:**

**INTERROGATORY NO. 11:**     With regard to any hospitalization or emergency room visit by you **prior** to this accident**, other** than for treatment of the injuries received in the accident which is the subject matter of this lawsuit, give the following information:

     (a)     The name and address of the hospital;

     (b)     The dates of admission and discharge;

     (c)     The name of the attending physician; and

     (d)     Describe the condition which caused such hospitalization.

**ANSWER:**

**INTERROGATORY NO. 12:**     Please list the name, address and telephone number of each and every physician or medical provider who has examined or treated you during the last ten (10) years and provide a description of the condition which led to the examination or treatment.

**ANSWER:**

**INTERROGATORY NO. 13:**     Itemize in detail all special damages you claim to have incurred as a result of this accident.

**ANSWER:**

**INTERROGATORY NO. 14:**     Please itemize in detail each amount claimed by you for each item of unliquidated damages.  If you are making a claim for loss of income or impairment or destruction of earning capacity, please state:

(a)     The names and addresses of each place of employment for the last ten (10) years, the compensation rate for such employment, and the dates of such employment;

(b)     The specific dates in which you missed work which you are claiming was a result of this accident; and

(c)     The method of computation of lost income and/or impairment or destruction of earning capacity.

**ANSWER:**


**INTERROGATORY NO. 15:**     Itemize and identify all benefits, payments, reimbursements or collateral source payments of any kind received by you or paid on your behalf for special damages you claims to have incurred as a result of this accident.

**ANSWER:**


**INTERROGATORY NO. 16:**     Describe in detail all other claims you have ever made for personal injury including, but not limited to, any worker's compensation claims, claims to an insurance company or lawsuits either prior to or subsequent to this accident.

**ANSWER:**


**INTERROGATORY NO. 17:**     Please identify each trial exhibit which you anticipate introducing into evidence at the trial of this matter.

**ANSWER:**

5

**INTERROGATORY NO. 18:**      Please state whether you consumed prescription medication, non-prescription medication and/or alcoholic beverages within 24 hours of your alleged accident and specify the type and amount of any drugs and/or alcohol consumed.

**ANSWER:**

**INTERROGATORY NO. 19:**      Please describe the injuries you claim to have suffered as a result of this accident and their current condition(s).

**ANSWER:**

**INTERROGATORY NO. 20:**      State whether you at any time applied for any type of disability benefit from a private or government source, whether such benefit was granted, and as to each state the name and address of the entity with which application was made and when it was made.

**ANSWER:**

**INTERROGATORY NO. 21:**      Please state whether you have ever been charged with or convicted of any crime.

**ANSWER:**

**INTERROGATORY NO. 22:**      Please describe in specific detail how Plaintiff's alleged injuries occurred.

**ANSWER:**

6

**INTERROGATORY NO. 23:**    Please describe all of your previous visits to the store in question, including the date of said visits and reason for those visits.

**ANSWER:**

**INTERROGATORY NO. 24:**    Please identify any code, regulation or statute you claim Circle K violated in connection with your alleged accident and state how and when said violation occurred.

**ANSWER:**

**INTERROGATORY NO. 25:**    Please identify all email accounts, social media or social networking accounts that you have (including, but not limited to, any and all Facebook accounts, Twitter accounts, TikTok accounts, Instagram accounts, and LinkedIn accounts) and identify any emails, posts, tweets, messages, updates, photos, videos or any other type of notation to any such accounts that relate in any way to your alleged accident and/or injuries at Circle K.

**ANSWER:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**   Please execute and return Plaintiff's authorizations for the release of medical and employment records (forms attached).

**RESPONSE:**

**REQUEST NO. 2:**   Please provide copies of all documents which you will use to support the allegations in the Complaint including but not limited to those referred to in Interrogatory Nos. 2 and 3 above.

**RESPONSE:**

**REQUEST NO. 3:**   With regard to Interrogatory No. 8, please provide copies of any and all written material prepared by Plaintiff's experts relating to any matter at issue and any documents which you anticipate calling to the attention of any expert testifying in this case.

**RESPONSE:**

**REQUEST NO. 4:**   With regard to Interrogatory No. 13, please provide copies of all bills, cancelled checks, or other documentary evidence supporting any claim for special damages.

**RESPONSE:**

**REQUEST NO. 5:**   With regard to Interrogatory No. 14, please provide copies of all W-2s, pay stubs, statements or other documentary evidence supporting any claim for loss of income or impairment or destruction of earning capacity.

**RESPONSE:**

**REQUEST NO. 6:**   With regard to Interrogatory No. 15, please provide copies of all receipts, bills, cancelled checks, correspondence, or other documentary evidence substantiating the payment of benefits or reimbursements of any kind received by you or paid on your behalf.

**RESPONSE:**

**REQUEST NO. 7:**   Please provide copies of any written or recorded statements in the possession of Plaintiff or Plaintiff's counsel obtained in connection with this accident.

**RESPONSE:**

**REQUEST NO. 8:**   Please provide copies of any photographs and/or videotapes in the possession of Plaintiff or Plaintiff's counsel taken in connection with this accident.

**RESPONSE:**

**REQUEST NO. 9:**   Please provide copies of any diagrams or drawings in the possession of Plaintiff or Plaintiff's counsel made in connection with this accident.

**RESPONSE:**

**REQUEST NO. 10:**   With regard to Interrogatory No. 17, please provide copies of all trial exhibits you anticipate introducing into evidence at the trial of this matter.

**RESPONSE:**

**REQUEST NO. 11:**  Please provide copies of your state and federal income tax returns for the last five (5) years.

**RESPONSE:**


**REQUEST NO. 12:**  Please provide copies of all documents which you used or will use to support your answer(s) to any of the Interrogatories above.

**RESPONSE:**


**REQUEST NO. 13:**  Please produce a copy of all accounts and any posts, tweets, messages, updates, photos, videos or any other type of notation to any such accounts identified in Interrogatory No. 25.

**RESPONSE:**


Respectfully submitted,

*/s/ Pete Pullen*
A.  Pete Pullen
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
Phone – (502) 585-4700
pullenp@obtlaw.com
**Counsel for Defendant**

10

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Barren Circuit Court using the ECF system and that a true and correct copy of the foregoing document was served upon the following parties or counsel via the ECF system as well as by email and/or U.S. Mail on this **8th day of March, 2022** upon:

Ronald L. Hampton
GILLENWATER & HAMPTON LAW FIRM
Third National Bank Building
103 East Main Street
Glasgow, KY 42141
ghlf@scrtc.com
**Counsel for Plaintiff**


        */s/ Pete Pullen*
        A. Pete Pullen
        **Counsel for Defendant**

11

### <u>AUTHORIZATION TO RELEASE PROTECTED HEALTH CARE INFORMATION</u>

TO:


Pursuant to the Health Information Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR ' 164.508, the above-listed provider is hereby authorized to release to **O=BRYAN, BROWN & TONER** or any of its representatives *all medical records, including but not limited to*: office notes, history, physical, consultation notes, discharge summaries, order and progress notes, laboratory results, nurses notes, emergency room records, operative records, in-patient records, out-patient records and films of x-rays, MRIs or PET scans, mental health, psychiatric (other than psychotherapy notes which must be requested by separate authorization), chemical dependency and HIV-related records, medical bills and health insurance Medicaid or Medicare records concerning any medical treatment that **SALLY HAYES, Social Security No. _____**, has received from you, at your institution, as well as all such records which you keep in the regular course of business are found in **SALLY HAYES**' medical records file. A photostatic copy hereof shall be as valid as the original.

**There will be no ex-parte communications by the law firm of O=Bryan, Brown & Toner with any of the physicians involved in the care and treatment of <u>SALLY HAYES</u>.**

The purpose of this authorization and request is to permit O=BRYAN, BROWN & TONER and its representatives to obtain ALL medical information pertaining to **SALLY HAYES**' physical and mental condition. **This authorization expires three (3) years from the date of the signature**. The aforementioned expiration date has not passed, as this matter is ongoing.

I hereby authorize the above-listed provider or any of its representatives to give testimony at deposition or trial regarding my medical condition or treatment as may be requested.

**<u>SALLY HAYES</u>** has the right to revoke this authorization in writing by providing a signed, written notice of revocation to the above-listed provider and O=BRYAN, BROWN & TONER. The revocation will take effect when the medical provider receives it, except to the extent that medical provider or others have already relied on it; or if the authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy. Medical providers may not condition treatment or payment on whether the above-listed patient executes this authorization. The information disclosed pursuant to this authorization may be subject to re-disclosure and no longer protected by the privacy regulations promulgated pursuant to the Health Information Portability and Accountability Act (HIPAA).


_____

SALLY HAYES

Social Security No.: _____

Date of Birth: _____

Date of Signature: _____

## AUTHORIZATION FOR EMPLOYMENT,
## WAGE AND SALARY INFORMATION

**TO WHOM IT MAY CONCERN:**

This authorizes any public or private school, firm, corporation, company, public agency or other employer to furnish to O'Bryan, Brown & Toner, PLLC or to any representative or other agent of said O'Bryan, Brown & Toner, PLLC, any and all information or opinions which they may request regarding employment records, personnel files, present or past employment, payroll records, and any other information that may be kept by said firm, corporation, company, agency, or others by virtue of my employment or association with them.

A photocopy of this authorization shall have the same force and effect as the original.

_____
SALLY HAYES

_____
Social Security Number

_____
Date of Birth

_____
Date of Signature

13

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00073

SALLY HAYES                                                    PLAINTIFF

v.

ZACKIYA DEVELOPMENT, LLC
D/B/A CIRCLE K

-AND-

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K                                                 DEFENDANTS

---

**DEFENDANT'S REQUEST FOR ADMISSION TO PLAINTIFF**

---

      Defendant, Mac's Convenience Stores, LLC d/b/a Circle K, pursuant to Kentucky Rule of Civil Procedure 36, hereby propounds the following Request for Admission to Plaintiff to be answered in writing within thirty (30) days from the date hereof.

      **REQUEST NO. 1:**   Please admit that the total amount of damages sought by Plaintiff in this lawsuit exceeds or will exceed $75,000.00, exclusive of interest and costs.

      **RESPONSE:**

                        Respectfully submitted,

                        */s/ Pete Pullen*
                        A. Pete Pullen
                        O'BRYAN, BROWN & TONER, PLLC
                        401 South Fourth Street, Suite 2200
                        Louisville, Kentucky 40202
                        Phone – (502) 585-4700
                        pullenp@obtlaw.com
                        **Counsel for Defendant**

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Barren Circuit Court using the ECF system and that a true and correct copy of the foregoing document was served upon the following parties or counsel via the ECF system as well as by email and/or U.S. Mail on this **8th day of March, 2022** upon:

Ronald L. Hampton
GILLENWATER & HAMPTON LAW FIRM
Third National Bank Building
103 East Main Street
Glasgow, KY 42141
ghlf@scrtc.com
**Counsel for Plaintiff**


*/s/ Pete Pullen*
A. Pete Pullen
**Counsel for Defendant**

**UNITED STATES POSTAL SERVICE ®**

Filed        22-CI-00073        03/14/2022        Krissie Coe Fields, Barren Circuit Clerk

DATE PRODUCED: 3/14/2022 10:59 AM

COMMONWEALTH OF KENTUCKY - FRANKLIN CO AOC INFO & TECH SERVICES:

The following is information for Certified Mail™/RRE item number:

9236 0901 9403 8366 3374 42

Our records indicate that this item was RETURNED TO SENDER.

ORIGINAL INTENDED RECIPIENT:

ANSAR, MAFAZ

P O BOX 2492

ELIZABETHTOWN KY 42701

The above information represents information provided by the United States Postal Service.

Filed        22-CI-00073        03/14/2022        Krissie Coe Fields, Barren Circuit Clerk

Return Reference Number:



Filed    03/14/2022    Krissie Coe Fields, Barren Circuit Clerk



Date Produced: 03/14/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8366 3374 42. Our records indicate that this item was delivered on 03/09/2022 at 11:35 a.m. in GLASGOW, KY 42141. The scanned image of the recipient information is provided below.

Signature of Recipient :

Anita Logsdon

Address of Recipient :

1359

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      C3229282.18786848

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00073

SALLY HAYES                                                    PLAINTIFF

v.

ZACKIYA DEVELOPMENT, LLC
D/B/A CIRCLE K

-AND-

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K                                              DEFENDANTS

---

## ANSWER TO DEFENDANT'S REQUEST FOR ADMISSION TO PLAINTIFF

---

Comes the Plaintiff, by and through counsel, and for her Answers to the Defendant's

Request for Admission, states as follows:

**REQUEST NO. 1:**    Please admit that the total amount of damages sought by Plaintiff

in this lawsuit exceeds or will exceed $75,000.00, exclusive of interest and costs.

**RESPONSE:** Plaintiff ADMITS same.

/s/ Ronald L. Hampton
RONALD L. HAMPTON
GILLENWATER & HAMPTON LAW FIRM
103 E. Main Street
Glasgow, KY 42141
(270) 651-8874

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was mailed to A. Pete Pullen,
Esq., O'BRYAN, BROWN & TONER, PLLC, 401 South Fourth Street, Suite 2200, Louisville,
Kentucky 40202, this 30th day of March, 2022.

/s/ Ronald L. Hampton
RONALD L. HAMPTON

1

Entered        22-CI-00073        04/07/2022        Krissie Coe Fields, Barren Circuit Clerk

COMMONWEALTH OF KENTUCKY
BARREN CIRCUIT COURT
CIVIL ACTION NO.: 22-CI-00073

*ELECTRONICALLY FILED*

SALLY HAYES                                                                  PLAINTIFF

v.

ZACKIYA DEVELOPMENT, LLC
D/B/A CIRCLE K

-AND-

MAC'S CONVENIENCE STORES, LLC
D/B/A CIRCLE K                                                        DEFENDANTS

---

### AGREED ORDER OF PARTIAL DISMISSAL

---

By agreement of the parties and pursuant to CR 41.01, as represented by the signature of their respective counsel below, and the Court being otherwise duly and sufficiently advised, it is hereby ORDERED that the claims of Plaintiff, Sally Hayes, against Defendant Zackiya Development LLC (incorrectly referred to as d/b/a Circle K), are hereby DISMISSED without prejudice.

Plaintiff's claims against Defendant Mac's Convenience Stores, LLC d/b/a Circle K remain.

IT IS HEREBY ORDERED this the _____ day of __ _ 2022.



/s/ HON. JOHN T. ALEXANDER
electronically signed
4/6/2022 8:47:33 PM CT

JUDGE

1

AGREED TO BY:


*/s/ Pete Pullen*
A. Pete Pullen
O'BRYAN, BROWN & TONER, PLLC
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202
Phone – (502) 585-4700
pullenp@obtlaw.com
**Counsel for Defendants**



*/s/ Ronald Hampton (with permission)*
Ronald L. Hampton
GILLENWATER & HAMPTON LAW FIRM
Third National Bank Building
103 East Main Street
Glasgow, KY 42141
ghlf@scrtc.com
**Counsel for Plaintiff**


*/s/ Pete Pullen*
A. Pete Pullen
**Counsel for Defendant**